**EXHIBIT D**

## CYCLING

**MENS**
- HELMETS
  - ROAD
  - DIRT
  - AERO/TRI
  - URBAN
- SHOES
- GLOVES
- APPAREL

**WOMENS**
- HELMETS
- SHOES
- GLOVES

**YOUTH**
- HELMETS
- GLOVES

**ACCESSORIES**
- CAPS
- SOCKS
- SHOES

Home   Cycling   Mens   Helmets   Reverb™



R**
The F
cyclir
helm
one c
Reve
desic

Fron
To: !

Chc

Sel

1

Al

Li

    

  

### SPECIFICATIONS

**SUGGESTED USE:**    Urban, Commute

**FEATURES:**    Removable cap-style visor

**CONSTRUCTION:**    In-Mold Polycarbonate Shell with EPS liner

**FIT SYSTEM:**    Auto Loc

**VENTILATION:**     9 Vents

## TECHNOLOGY

**REVERB HELMET**
A classic take on cycling style for today's urban environment. The Reverb's compact, ( are a perfect match to the clean new style that is driving urban cycling.



**REVERB HELMET**
A classic take on cycling style for today's urban environment compact, classic lines are a perfect match to the clean new driving urban cycling.



**IN-MOLD CONSTRUCTION**



**SUPER FIT™ ENGINEERING FOR BIKE HELMET**